# EXHIBIT M

**Claim Chart for U.S. Patent No. 12,413,547**

| Claim 1 | Salesforce Materials |
| --- | --- |
| 1. A user activity tracking system comprising: | The Salesforce Web-to-Lead and Web-to-Case functionalities are part of a user activity tracking system.<br><br>Salesforce directly infringes at least claim 1 under 35 U.S.C. § 271(a) by, for example, making and using the claimed system. Alternatively, the Salesforce customer is a direct infringer under 35 U.S.C. § 271(a) by, for example, using the claimed system, and Salesforce induces and contributes to that infringement under 35 U.S.C. §§ 271(b), (c). *See, e.g.*, *infra*. |
| a **tracker server computer system** in communication with the Internet; and | Salesforce **customer relationship management system**. This includes the Salesforce **CRM database and other computer systems operated by Salesforce**.[1] It also includes the systems discussed below. |
| **tracker software** running on the tracker server computer system configured to perform operations comprising: | Salesforce **ingests website tracking data** from web activity tracking systems (e.g., Google, Facebook, Microsoft, etc.). For example, a Connector may be used to ingest such data.[2],[3] In addition, Salesforce may use a Google Analytics GA4 data stream to **obtain such data**.[4]<br><br>Further, in other situations **Salesforce itself performs web activity tracking**.[5] Examples include Salesforce Experience Cloud,[6] which allows users to create Salesforce-based websites, and Salesforce Marketing Cloud,[7] which allows users to place tracking pixels on their websites to track user behavior.[8] |

1 https://www.salesforce.com/crm/database/

2 https://help.salesforce.com/s/articleView?id=mktg.pardot_google_analytics_connector.htm&type=5

3 https://help.salesforce.com/s/articleView?id=mktg.pardot_connectors_facebook_add.htm&type=5

4 https://help.salesforce.com/s/articleView?id=mktg.mcidp_data_streams_api_connect_ganal_create.htm&type=5

5 https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

6 https://help.salesforce.com/s/articleView?id=experience.networks_reporting.htm&type=5

7 https://help.salesforce.com/s/articleView?id=mktg.mktg_consent_tracking_parent.htm&type=5

8 https://developer.salesforce.com/docs/data/data-cloud-int/guide/c360-a-salesforce-web-sdk.html

| | |
|---|---|
| providing an application-level interface that can receive: (1) a user-level identifier, the user-level identifier being a unique, anonymous, digital identifier; and (2) data submitted from a digital form supplied to a user's computer system during a website visit; | Salesforce has an application-level interface to obtain a "user-level identifier" such as a client ID.[9],[10] The client ID is generated by Google (e.g., Google Client ID), Microsoft, Facebook, Salesforce, or the like, when a user visits a website.[11],[12] These identifiers are unique anonymous (i.e., not personally identifying), and digital.[13],[14]<br><br>**Client ID**<br><br>The client ID is a unique identifier generated by Google Analytics when a user arrives at your company's website. It is stored as a first-party cookie on the user's device. We will capture users' client ID on Account Engagement forms and later retrieve this information from a prospect record to use in our Engagement Studio programs.<br><br>The approach to capturing Client ID on Account Engagement Forms (iFrame) and Form Handlers differs slightly. The following script will only work on your iFrame forms. If you are already using Form Handler, you may want to talk to your web team as it would be much easier for them to retrieve the Client ID and send it to Account Engagement.<br><br>Salesforce uses these client IDs to compile and enrich CRM data, including by linking to other Salesforce identifiers (e.g., SFMC ID).[15] |

[9] https://help.salesforce.com/s/articleView?id=experience.community_builder_google_id.htm&type=5
[10] https://help.salesforce.com/s/articleView?id=data.c360_a_ingest_google_analytics_data_into_datacloud.htm&type=5
[11] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[12] https://gaconnector.com/blog/salesforce-google-analytics-integration-guide/#:~:text=const%20clientId%20%3D%20gtag.-,get(%27GA4_PROPERTY_ID%27%2C%20%27client_id%27)%3B,Set%20File%20with%20Salesforce%20Data
[13] https://help.salesforce.com/s/articleView?id=experience.community_builder_google_id.htm&type=5
[14] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud
[15] https://help.salesforce.com/s/articleView?id=mktg.mc_gai360_faq.htm&type=5

| | |
|---|---|
| | "Google Analytics integrates with your self-service site to track user types, user IDs, page views on Salesforce objects, and customer search activity."[16]<br><br>Salesforce also has an application-level interface to receive user data submitted via a "digital form." The digital form may be a **contact form** or **customer support form** on a customer's website.<br><br>"To create a form that captures prospect details on your website, click Create Web-to-Lead Form, and then select fields you want to include."[17]<br><br>"Salesforce lets you can easily create web-to-lead **forms** that capture **information about visitors to your website**. The information is automatically stored in new lead records in your Salesforce install, and the lead can then be scored, qualified, and routed to sales reps."[18]<br><br>"If you are using any of the site templates, like B2B Commerce, [Salesforce] send[s] events such as card-add, cart-remove, catalog-object, **form-submit**, and so on from the standard commerce components.[19]<br><br>"Directing visitors to a **form** on your website where they enter information about themselves and their interest in your offerings is an easy and powerful way to turn them into leads. A well-designed **form** can capture key information about visitors, including demographics and specifics about their interest in your products and services. This marketing and sales technique is called web-to-lead."[20]<br><br>"Gather **customer support requests** directly from your company's website and automatically generate new cases with Web-to-Case. To set up Web-to-Case, enable the |

[16] https://help.salesforce.com/s/articleView?id=experience.networks_google_analytics_setup.htm&type=5
[17] https://help.salesforce.com/s/articleView?id=sales.setting_up_web-to-lead.htm&type=5
[18] /lead-gen/web-to-lead/?bc=WA
[19] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud
[20] https://web.archive.org/web/20250218231616/https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/?bc=WA

| | |
|---|---|
| | feature, create and customize your web form, and add the form to your website."[21]<br><br>"What are the best practices for lead generation?...Keep lead capture forms concise. Focus on key details and use strategic placement on landing pages. Use A/B testing to refine elements like form fields, layout, and CTA language. Track these metrics: conversion rates, CPL, lead quality, and ROI."[22]<br><br>The approach to capturing Client ID on Account Engagement Forms (iFrame) and Form Handlers differs slightly. The following script will only work on your iFrame forms. If you are already using Form Handler, you may want to talk to your web team as it would be much easier for them to retrieve the Client ID and send it to Account Engagement.<br><br>**How to capture Client ID on Account Engagement forms**<br>• Go to Account Engagement Settings and click on **Prospect Fields** in the left sidebar.<br>• Click **+Add Custom Field** and name it Client ID (or any other preferred name). The field should be of type **Text**. Add the exact class name **GA_Client_Id** under the Advanced tab > CSS Classes<br>• Navigate to **Forms** under the **Content** tab and select the form you wish to include the new Client Id field in.<br>• Open the form and select the **Field** tab.<br>• Add the Client Id field as hidden, and navigate to the **Look and Feel** tab.<br>• Select the **Below Form** tab and add the following script (select the source icon).<br>• Update the line with **appDomain** with your website name.<br>• Click **Confirm & Save** 23 |
| creating a user activity record comprising the user-level identifier and the data submitted in the digital form; | Salesforce creates user activity records to store user-input information from such forms.[24,25]<br><br>The client ID tracks "user types, user IDs, page views on Salesforce objects, and customer search activity."[26]<br><br>Salesforce "capture[s] users' client ID on Account Engagement forms and later retrieves this information from a prospect record."[27] |

[21] https://help.salesforce.com/s/articleView?id=service.setting_up_web-to-case.htm&type=5
[22] https://www.salesforce.com/ca/marketing/lead-generation-guide/
[23] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[24] https://web.archive.org/web/20250218231616/https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/?bc=WA
[25] https://help.salesforce.com/s/articleView?id=service.setting_up_web-to-case.htm&type=5
[26] https://help.salesforce.com/s/articleView?id=experience.networks_google_analytics_setup.htm&type=5
[27] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

<table>
<tr>
<td></td>
<td>
Sending data to GA4 using the Measurement Protocol involves two parts: the transport (where and how data is sent) and the payload (the data that is sent). The Salesforce-GA4 integration package enables the data transportation in the backend. The payload needs to be configured by you depending on your use cases. The content of the payload is managed within the External Action in the Engagement Studio program and contains four elements:
<ul>
<li>Client ID: This refers to the custom field that you have created to capture prospect's client id. You can use the merge tag to populate this information from prospect's Account Engagement record as {{Recipient.GA4_Client_Id}}</li>
<li>Session ID: You can use the merge tag to populate this information from prospect's Account Engagement record as {{Recipient.GA4_Session_Id}}</li>
<li>Session Timestamp: You can use the merge tag to populate this information from prospect's Account Engagement record as {{Recipient.GA4_Timestamp}}</li>
<li>Event name: This refers to the name of the event you want to send to GA4. This name helps categorize the type of interaction or behavior you are tracking and will show up in your reports. You can name it with anything that aligns with your reporting needs (e.g., marketing_qualified).</li>
<li>Property name: Each event can have associated parameters that provide additional information about that event. The property name is the name of one of these parameters. If you're sending an event named marketing_qualified, a relevant parameter name might be lead_tier.</li>
<li>Property value: This is the value associated with the property name for the event. Continuing the previous example, if the property name is lead_tier, then the property value might be the actual lead tier of the prospect, like enterprise or you can dynamically retrieve it from the prospect record. [28]</li>
</ul>
"This anonymous ID becomes a unique identifier for the user visiting your site on that particular browser."[29]
</td>
</tr>
<tr>
<td>obtaining additional information concerning the user from at least one additional source, wherein the at least one additional source is not a cookie from the website visit;</td>
<td>Salesforce obtains many types of additional information regarding leads, beyond the data from a form submission. Examples include address, annual revenue, campaign, city, company, company name, country, created by, description, do not call, email, email opt out, engagement history, fax, fax opt out, first name, first name (local), gender identity, industry, last name, last name (local), last transfer date, lead currency, lead division, lead owner, lead record type, lead source, lead status, middle name, middle name (local), mobile, modified by, name, no. of employees, partner account, phone, pronouns, rating, read, salutation, state/province, suffix, title, total cadences, unread, custom links, website, and ZIP.[30]</td>
</tr>
</table>

[28] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[29] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud
[30] https://help.salesforce.com/s/articleView?id=sales.leads_fields.htm&type=5

| | |
|---|---|
| | In addition, Salesforce collects and enriches user activity records with psychographic data, manually entered data, or other custom fields.[31]<br><br>This information is collected without use of cookies in many ways, such as website forms, sales communications, service or help communications, account creation and user profiles, surveys, manual data entry, and other communications.[32],[33] Further, Salesforce can integrate third-party data regarding users, such as marketing and e-commerce platforms. |
| wherein the obtaining of the additional information comprises enriching the user activity record from the at least one additional source; | The user activity record is enriched by Salesforce in many ways. For example, users can make manual data updates,[34] use formula fields to update data,[35] and implement data source ingestion.[36] Further, users can enrich data records using tools in Salesforce's AppExchange.[37]<br><br>"With the importance of data on the rise, data enrichment solutions have become an important consideration to maximize your revenue team's data. There are a variety of data enrichment solutions on AppExchange that can help power your RevTech stack and improve your revenue orchestration processes."[38]<br><br>"Enrich your customer information with web engagement data to better segment key audiences and personalize customer interactions."[39] |

[31] https://www.salesforce.com/marketing/psychographics/
[32] https://www.salesforce.com/marketing/data/what-is-a-customer-data-platform/how-it-works/
[33] https://www.salesforce.com/crm/
[34] https://help.salesforce.com/s/articleView?id=cc.b2c_data_input_output_overview.htm&type=5
[35] https://help.salesforce.com/s/articleView?id=data.c360_a_add_action.htm&type=5
[36] https://help.salesforce.com/s/articleView?id=data.c360_a_connectors.htm&type=5
[37] https://appexchange.salesforce.com/appxContentListingDetail?listingId=a0N3u00000RMXNwEAP
[38] https://appexchange.salesforce.com/appxContentListingDetail?listingId=a0N3u00000RMXNwEAP
[39] https://help.salesforce.com/s/articleView?id=data.c360_a_ingest_google_analytics_data_into_datacloud.htm&type=5

| | |
|---|---|
| | In addition, Salesforce collects and enriches user activity records with psychographic data, manually entered data, or other custom fields.[40] |
| translating at least one of the additional information into a format that can be parsed by a recipient computer system to enrich an activity record; | Salesforce translates (e.g., harmonizes or cleans) data so that it can be parsed in several ways. For example, Salesforce uses data input tools to ensure data quality.[41] This may involve changing, e.g., date formats.[42] Salesforce's Data Cloud likewise performs data translation and harmonization.[43] This also allows the information to be readily communicated through an API (e.g., for storing in a database, etc.).[44]<br><br>**Validating Data in GA4**<br><br>After activating the Engagement Studio program, please allow 5-6 minutes for initial prospects to go through the program. Once you verify that members have completed the program, open Google Analytics and navigate to **Reports > Realtime** in the left-hand navigation. Find in the bottom row, **Event count by Event name**. A new event will appear within a few seconds. You should be able to see the event name marketing_qualified.<br><br>45 |

[40] https://www.salesforce.com/marketing/psychographics/
[41] https://help.salesforce.com/s/articleView?id=sales.data_quality.htm&type=5
[42] https://help.salesforce.com/s/articleView?id=xcloud.faq_import_general_wrong_date.htm&type=5
[43] https://help.salesforce.com/s/articleView?id=data.c360_a_identity_resolution.htm&type=5
[44] https://help.salesforce.com/s/articleView?id=platform.integrate_what_is_api.htm&type=5
[45] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

| | |
|---|---|
| enabling the communication of the user-level identifier and the parsed additional information to a recipient computer system; and | Salesforce communicates the client ID to a Salesforce database by capturing it on a form.[46] This allows such identifiers to continue to be associated with user data and activity.[47]<br><br>"Apart from Engagement events, the built-in integration also automatically sends Profile events to Data Cloud. These events help us keep track of all the anonymous and known users visiting our site."[48]<br><br>In addition, third-party platforms (e.g., Google, Microsoft, Facebook) may be the recipient computer system.<br><br>Sending data to GA4 using the Measurement Protocol involves two parts: the transport (where and how data is sent) and the payload (the data that is sent). The Salesforce-GA4 integration package enables the data transportation in the backend. The payload needs to be configured by you depending on your use cases. The content of the payload is managed within the External Action in the Engagement Studio program and contains four elements:<br><br>• **Client ID**: This refers to the custom field that you have created to capture prospect's client id. You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Client_Id}}**<br>• **Session ID**: You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Session_Id}}**<br>• **Session Timestamp**: You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Timestamp}}**<br>• **Event name**: This refers to the name of the event you want to send to GA4. This name helps categorize the type of interaction or behavior you are tracking and will show up in your reports. You can name it with anything that aligns with your reporting needs (e.g., marketing_qualified).<br>• **Property name**: Each event can have associated parameters that provide additional information about that event. The property name is the name of one of these parameters. If you're sending an event named **marketing_qualified**, a relevant parameter name might be **lead_tier**.<br>• **Property value**: This is the value associated with the property name for the event. Continuing the previous example, if the property name is **lead_tier**, then the property value might be the actual lead tier of the prospect, like **enterprise** or you can dynamically retrieve it from the prospect record. [49] |

[46] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[47] https://help.salesforce.com/s/articleView?id=experience.networks_google_analytics_setup.htm&type=5
[48] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud
[49] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

<table>
<tr>
<td>wherein the enabling the communication comprises an interface to manage which information is communicated and how the communicated information is formatted.</td>
<td>
The communicating of user data to a customer may be performed via an interface that is customizable by the customer.<br><br>
“To see a specific set of contacts, documents, or other object records, create a list view.”[50],[51],[52]<br><br>




<br>
“The attributes you can include in the event depend on the schema definition of the Web SDK connector that is automatically created by the built-in integration. In Data Cloud Setup, find the connector Experience_Cloud_Event_Connector in the Websites and Mobiles Apps section.”[53]<br><br>


<br>
In addition, Salesforce uses APIs that respond to requests to receive data from external parties (e.g., Google, Facebook,
</td>
</tr>
</table>

[50] https://help.salesforce.com/s/articleView?id=xcloud.customviews.htm&type=5
[51] https://help.salesforce.com/s/articleView?id=000392853&type=1
[52] https://help.salesforce.com/s/articleView?id=xcloud.customviews_lex.htm&type=5
[53] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

Microsoft, etc.).[54] The APIs are either code that determines what information is included in the response, a database management system or firewall that determines what data is open to the API, or both.

### Measurement API Secret Key

To send event data to a GA4 property using the measurement protocol, you must use the API Secret Key, which is specific to each data stream.

1. Go to the GA4 Property and click on the **Admin** button located at the bottom-left corner.
2. Click on **Data Stream** and select your preferred stream.
3. Scroll down to the **Events** tab and click on **Measurement Protocol API secrets**, then click **Create**.
4. Create a nickname for the new API secret, such as *Salesforce-GA4*. Click **Create**.
5. Copy the confidential Secret value provided. This value should only be used for the Salesforce-GA4 integration.

55




Account Engagement Studio Program 56

[54] https://help.salesforce.com/s/articleView?id=platform.integrate_what_is_api.htm&type=5
[55] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[56] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

In the final setup, we will configure the External Action by assigning the Client ID, Session ID, Session Timestamp, Event name, Property name, and Property value. We can use Handlebars Merge Language (HML) to automatically retrieve the Client Id for each prospect as {{Recipient.GA4_Client_ID}}. The event name will be *marketing_qualified*, the property name will be *lead_tier*, and the property value will be *enterprise*.

Once everything is set up, we can activate the Engagement Studio program. In the next step, we will validate whether the new event data appears in GA4. [57]




Salesforce-GA4 Integration External Action

[58]

[57] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[58] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/