# EXHIBIT O

**Claim Chart for U.S. Patent No. 11,671,397**

| Claim 1 | Salesforce Materials |
| --- | --- |
| 1. A user activity tracking system comprising: | The Salesforce Web-to-Lead and Web-to-Case functionality are part of a user activity tracking system.<br><br>Salesforce directly infringes at least claim 1 under 35 U.S.C. § 271(a) by, for example, making and using the claimed system. Alternatively, the Salesforce customer is a direct infringer under 35 U.S.C. § 271(a) by, for example, using the claimed system, and Salesforce induces and contributes to that infringement under 35 U.S.C. §§ 271(b), (c). *See, e.g.*, *infra*. |
| a **tracker server computer system** in communication with the Internet; and | Salesforce **customer relationship management system**. This includes the Salesforce **CRM database and other computer systems operated by Salesforce**.[1] It also includes the systems discussed below. |
| **tracker software** running on the tracker server computer system configured to perform operations comprising: | Salesforce **ingests website tracking data** from web activity tracking systems (e.g., Google, Facebook, Microsoft, etc.). For example, a Connector may be used to ingest such data.[2],[3] In addition, Salesforce may use a Google Analytics GA4 data stream to **obtain such data**.[4]<br><br>Further, in other situations **Salesforce itself performs web activity tracking**.[5] Examples include Salesforce Experience Cloud,[6] which allows users to create Salesforce-based websites, and Salesforce Marketing Cloud,[7] which allows users to place tracking pixels on their websites to track user behavior. |

[1] https://www.salesforce.com/crm/database/

[2] https://help.salesforce.com/s/articleView?id=mktg.pardot_google_analytics_connector.htm&type=5

[3] https://help.salesforce.com/s/articleView?id=mktg.pardot_connectors_facebook_add.htm&type=5

[4] https://help.salesforce.com/s/articleView?id=mktg.mcidp_data_streams_api_connect_ganal_create.htm&type=5

[5] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

[6] https://help.salesforce.com/s/articleView?id=experience.networks_reporting.htm&type=5

[7] https://help.salesforce.com/s/articleView?id=mktg.mktg_consent_tracking_parent.htm&type=5

| | |
|---|---|
| obtaining a user-level identifier, the user-level identifier being a unique, anonymous, digital identifier that is generated as a result of a notice of an initiation of a website visit; | The "user-level identifier" includes an identifier such as a client ID.[8],[9] The client ID is generated by Google (e.g., Google Client ID), Microsoft, Facebook, Salesforce, or the like, when a user visits a website.[10],[11] These identifiers are unique, anonymous (i.e., not personally identifying), and digital.[12],[13]<br><br>**Client ID**<br><br>The client ID is a unique identifier generated by Google Analytics when a user arrives at your company's website. It is stored as a first-party cookie on the user's device. We will capture users' client ID on Account Engagement forms and later retrieve this information from a prospect record to use in our Engagement Studio programs.<br><br>The approach to capturing Client ID on Account Engagement Forms (iFrame) and Form Handlers differs slightly. The following script will only work on your iFrame forms. If you are already using Form Handler, you may want to talk to your web team as it would be much easier for them to retrieve the Client ID and send it to Account Engagement.<br><br>Salesforce uses these client IDs to compile and enrich CRM data, including by linking to other Salesforce identifiers (e.g., SFMC ID).[14]<br><br>"Google Analytics integrates with your self-service site to track user types, user IDs, page views on Salesforce objects, and customer search activity."[15] |

[8] https://help.salesforce.com/s/articleView?id=data.c360_a_ingest_google_analytics_data_into_datacloud.htm&type=5
[9] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud
[10] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[11] https://gaconnector.com/blog/salesforce-google-analytics-integration-guide/#:~:text=const%20clientId%20%3D%20gtag.-,get(%27GA4_PROPERTY_ID%27%2C%20%27client_id%27)%3B,Set%20File%20with%20Salesforce%20Data
[12] https://help.salesforce.com/s/articleView?id=experience.community_builder_google_id.htm&type=5
[13] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud
[14] https://help.salesforce.com/s/articleView?id=mktg.mc_gai360_faq.htm&type=5
[15] https://help.salesforce.com/s/articleView?id=experience.networks_google_analytics_setup.htm&type=5

| | |
|---|---|
| tracking the user-level identifier generated to identify a user session on the website; | The client ID tracks "user types, user IDs, page views on Salesforce objects, and customer search activity."[16],[17]<br><br>Salesforce "capture[s] users' client ID on Account Engagement forms and later retrieves this information from a prospect record."[18]<br><br>Sending data to GA4 using the Measurement Protocol involves two parts: the transport (where and how data is sent) and the payload (the data that is sent). The Salesforce-GA4 integration package enables the data transportation in the backend. The payload needs to be configured by you depending on your use cases. The content of the payload is managed within the External Action in the Engagement Studio program and contains four elements:<br><br>• **Client ID**: This refers to the custom field that you have created to capture prospect's client id. You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Client_Id}}**<br>• **Session ID**: You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Session_Id}}**<br>• **Session Timestamp**: You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Timestamp}}**<br>• **Event name**: This refers to the name of the event you want to send to GA4. This name helps categorize the type of interaction or behavior you are tracking and will show up in your reports. You can name it with anything that aligns with your reporting needs (e.g., marketing_qualified).<br>• **Property name**: Each event can have associated parameters that provide additional information about that event. The property name is the name of one of these parameters. If you're sending an event named **marketing_qualified**, a relevant parameter name might be **lead_tier**.<br>• **Property value**: This is the value associated with the property name for the event. Continuing the previous example, if the property name is **lead_tier**, then the property value might be the actual lead tier of the prospect, like **enterprise** or you can dynamically retrieve it from the prospect record.<br>[19] |
| receiving data entered into a digital form supplied to a user's computer system from the web site; | The "digital form" may be a **contact form** or **customer support form** on a customer's website. |

[16] https://help.salesforce.com/s/articleView?id=experience.networks_google_analytics_setup.htm&type=5
[17] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud
[18] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[19] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

| | |
|---|---|
| | "To create a form that captures prospect details on your website, click Create Web-to-Lead Form, and then select fields you want to include."[20]<br><br>"Salesforce lets you can easily create web-to-lead **forms** that capture **information about visitors to your website**. The information is automatically stored in new lead records in your Salesforce install, and the lead can then be scored, qualified, and routed to sales reps."[21]<br><br>"If you are using any of the site templates, like B2B Commerce, [Salesforce] send[s] events such as card-add, cart-remove, catalog-object, **form-submit**, and so on from the standard commerce components.[22]<br><br>"Directing visitors to a **form** on your website where they enter information about themselves and their interest in your offerings is an easy and powerful way to turn them into leads. A well-designed **form** can capture key information about visitors, including demographics and specifics about their interest in your products and services. This marketing and sales technique is called web-to-lead."[23]<br><br>"Gather **customer support requests** directly from your company's website and automatically generate new cases with Web-to-Case. To set up Web-to-Case, enable the feature, create and customize your web form, and add the form to your website."[24]<br><br>"What are the best practices for lead generation?...Keep lead capture forms concise. Focus on key details and use strategic placement on landing pages. Use A/B testing to refine elements like form fields, layout, and CTA language. Track |

[20] https://help.salesforce.com/s/articleView?id=sales.setting_up_web-to-lead.htm&type=5

[21] https://web.archive.org/web/20250218231616/https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/?bc=WA

[22] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

[23] https://web.archive.org/web/20250218231616/https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/?bc=WA

[24] https://help.salesforce.com/s/articleView?id=service.setting_up_web-to-case.htm&type=5

| | |
|---|---|
| | these metrics: conversion rates, CPL, lead quality, and ROI."[25] |
| creating a user activity record containing the data entered into the digital form; | Salesforce creates user activity records to store user-input information from such forms.[26,27] |
| associating the user-level identifier with the user activity record; | The client ID tracks "user types, user IDs, page views on Salesforce objects, and customer search activity."[28]<br><br>Salesforce "capture[s] users' client ID on Account Engagement forms and later retrieves this information from a prospect record."[29]<br><br>Sending data to GA4 using the Measurement Protocol involves two parts: the transport (where and how data is sent) and the payload (the data that is sent). The Salesforce-GA4 integration package enables the data transportation in the backend. The payload needs to be configured by you depending on your use cases. The content of the payload is managed within the External Action in the Engagement Studio program and contains four elements:<br><br>• **Client ID**: This refers to the custom field that you have created to capture prospect's client id. You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Client_Id}}**<br>• **Session ID**: You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Session_Id}}**<br>• **Session Timestamp**: You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Timestamp}}**<br>• **Event name**: This refers to the name of the event you want to send to GA4. This name helps categorize the type of interaction or behavior you are tracking and will show up in your reports. You can name it with anything that aligns with your reporting needs (e.g., marketing_qualified).<br>• **Property name**: Each event can have associated parameters that provide additional information about that event. The property name is the name of one of these parameters. If you're sending an event named **marketing_qualified**, a relevant parameter name might be **lead_tier**.<br>• **Property value**: This is the value associated with the property name for the event. Continuing the previous example, if the property name is **lead_tier**, then the property value might be the actual lead tier of the prospect, like **enterprise** or you can dynamically retrieve it from the prospect record. [30] |

[25] https://www.salesforce.com/ca/marketing/lead-generation-guide/

[26] https://web.archive.org/web/20250218231616/https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/?bc=WA

[27] https://help.salesforce.com/s/articleView?id=service.setting_up_web-to-case.htm&type=5

[28] https://help.salesforce.com/s/articleView?id=experience.networks_google_analytics_setup.htm&type=5

[29] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

[30] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

| | |
|---|---|
| | "This anonymous ID becomes a unique identifier for the user visiting your site on that particular browser."[31] |
| collecting additional information concerning the user from at least one additional source without a use of cookies; | Salesforce stores many types of additional information regarding leads, beyond the data from the form itself. Examples include address, annual revenue, campaign, city, company, company name, country, created by, description, do not call, email, email opt out, engagement history, fax, fax opt out, first name, first name (local), gender identity, industry, last name, last name (local), last transfer date, lead currency, lead division, lead owner, lead record type, lead source, lead status, middle name, middle name (local), mobile, modified by, name, no. of employees, partner account, phone, pronouns, rating, read, salutation, state/province, suffix, title, total cadences, unread, custom links, website, and ZIP.[32]<br><br>This information is collected without use of cookies in many ways, such as website forms, sales communications, service or help communications, account creation and user profiles, surveys, manual data entry, and other communications.[33],[34] Further, Salesforce can integrate third-party data regarding users, such as marketing and e-commerce platforms.<br><br>In addition, Salesforce collects and enriches user activity records with psychographic data, manually entered data, or other custom fields.[35] |
| appending the additional information to the user activity record to create appended data, wherein the appending comprises enriching the user activity record from the at least one additional source, and wherein said appending comprises translating information about user activity | Salesforce appends the additional collected information to the user activity record to display all collected data for a customer in a single interface.<br><br>"Unlock all your data, from any source across the business, to gain insight into customers and increase their lifetime value."[36] |

[31] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud
[32] https://help.salesforce.com/s/articleView?id=sales.leads_fields.htm&type=5
[33] https://www.salesforce.com/marketing/data/what-is-a-customer-data-platform/how-it-works/
[34] https://www.salesforce.com/crm/
[35] https://www.salesforce.com/marketing/psychographics/
[36] https://www.salesforce.com/marketing/data/

| | |
|---|---|
| into a format that can be parsed; and | <br><br><br>Salesforce translates (e.g., harmonizes or cleans) data so that it can be parsed in several ways. For example, Salesforce uses data input tools to ensure data quality.[37] This may involve changing, e.g., date formats.[38] Salesforce's Data Cloud likewise performs data translation and harmonization.[39] This also allows the information to be readily communicated through an API (e.g., for storing in a database, etc.).[40]<br><br>**Validating Data in GA4**<br><br>After activating the Engagement Studio program, please allow 5-6 minutes for initial prospects to go through the program. Once you verify that members have completed the program, open Google Analytics and navigate to **Reports > Realtime** in the left-hand navigation. Find in the bottom row, **Event count by Event name**. A new event will appear within a few seconds. You should be able to see the event name marketing_qualified.<br><br>41<br><br>The user activity record is enriched by Salesforce in many ways. For example, users can make data updates,[42] use formula fields to update data,[43] and implement data source |

[37] https://help.salesforce.com/s/articleView?id=sales.data_quality.htm&type=5

[38] https://help.salesforce.com/s/articleView?id=xcloud.faq_import_general_wrong_date.htm&type=5

[39] https://help.salesforce.com/s/articleView?id=data.c360_a_identity_resolution.htm&type=5

[40] https://help.salesforce.com/s/articleView?id=platform.integrate_what_is_api.htm&type=5

[41] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

[42] https://help.salesforce.com/s/articleView?id=cc.b2c_data_input_output_overview.htm&type=5

[43] https://help.salesforce.com/s/articleView?id=data.c360_a_add_action.htm&type=5

| | |
|---|---|
| | ingestion.[44] Further, users can enrich data records using tools in Salesforce's AppExchange.[45]<br><br>"With the importance of data on the rise, data enrichment solutions have become an important consideration to maximize your revenue team's data. There are a variety of data enrichment solutions on AppExchange that can help power your RevTech stack and improve your revenue orchestration processes."[46]<br><br>"Enrich your customer information with web engagement data to better segment key audiences and personalize customer interactions."[47]<br><br>In addition, Salesforce collects and enriches user activity records with psychographic data, manually entered data, or other custom fields.[48] |
| associating the appended data with the user-level identifier. | The client ID or the like remains associated with the appended data so that Salesforce can continue monitoring the user and the customer's campaigns.[49]<br><br>Salesforce "capture[s] users' client ID on Account Engagement forms and later retrieves this information from a prospect record."[50] |

[44] https://help.salesforce.com/s/articleView?id=data.c360_a_connectors.htm&type=5

[45] https://appexchange.salesforce.com/appxContentListingDetail?listingId=a0N3u00000RMXNwEAP

[46] https://appexchange.salesforce.com/appxContentListingDetail?listingId=a0N3u00000RMXNwEAP

[47] https://help.salesforce.com/s/articleView?id=data.c360_a_ingest_google_analytics_data_into_datacloud.htm&type=5

[48] https://www.salesforce.com/marketing/psychographics/

[49] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

[50] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

| | |
|---|---|
| | Sending data to GA4 using the Measurement Protocol involves two parts: the transport (where and how data is sent) and the payload (the data that is sent). The Salesforce-GA4 integration package enables the data transportation in the backend. The payload needs to be configured by you depending on your use cases. The content of the payload is managed within the External Action in the Engagement Studio program and contains four elements:<br><br>• **Client ID**: This refers to the custom field that you have created to capture prospect's client id. You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Client_Id}}**<br>• **Session ID**: You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Session_Id}}**<br>• **Session Timestamp**: You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Timestamp}}**<br>• **Event name**: This refers to the name of the event you want to send to GA4. This name helps categorize the type of interaction or behavior you are tracking and will show up in your reports. You can name it with anything that aligns with your reporting needs (e.g., marketing_qualified).<br>• **Property name**: Each event can have associated parameters that provide additional information about that event. The property name is the name of one of these parameters. If you're sending an event named **marketing_qualified**, a relevant parameter name might be **lead_tier**.<br>• **Property value**: This is the value associated with the property name for the event. Continuing the previous example, if the property name is **lead_tier**, then the property value might be the actual lead tier of the prospect, like **enterprise** or you can dynamically retrieve it from the prospect record. [51]<br><br>"Apart from Engagement events, the built-in integration also automatically sends Profile events to Data Cloud. These events help us keep track of all the anonymous and known users visiting our site."[52] |

[51] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[52] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud