# EXHIBIT Q

**Claim Chart for U.S. Patent No. 10,523,627**

| Claim 1 | Salesforce Materials |
|---|---|
| 1. A network system comprising: | The Salesforce Web-to-Lead and Web-to-Case functionalities are part of a network system.<br><br>Salesforce directly infringes at least claim 1 under 35 U.S.C. § 271(a) by, for example, making and using the claimed system. Alternatively, the Salesforce customer is a direct infringer under 35 U.S.C. § 271(a) by, for example, using the claimed system, and Salesforce induces and contributes to that infringement under 35 U.S.C. §§ 271(b), (c). *See, e.g.*, *infra*. |
| a **first computer system** comprising a microprocessor, a digital memory device, and a communication circuit; | **Web activity tracking system**. This web activity tracking system is present in two forms: a Salesforce database that ingests third-party web analytics data, and Salesforce's own web analytics tools.<br><br>First, Salesforce ingests website analytics data from web activity tracking systems (e.g., Google, Facebook, Microsoft, etc.). For example, a Connector may be used to ingest such data.[1],[2] In addition, Salesforce may use a Google Analytics GA4 data stream to obtain such data.[3]<br><br>Second, in other situations Salesforce itself performs web activity tracking.[4] Examples include Salesforce Experience Cloud,[5] which allows users to create Salesforce-based websites, and Salesforce Marketing Cloud,[6] which allows users to place tracking pixels on their websites to track user behavior. |

1 https://help.salesforce.com/s/articleView?id=mktg.pardot_google_analytics_connector.htm&type=5

2 https://help.salesforce.com/s/articleView?id=mktg.pardot_connectors_facebook_add.htm&type=5

3 https://help.salesforce.com/s/articleView?id=mktg.mcidp_data_streams_api_connect_ganal_create.htm&type=5

4 https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

5 https://help.salesforce.com/s/articleView?id=experience.networks_reporting.htm&type=5

6 https://help.salesforce.com/s/articleView?id=mktg.mktg_consent_tracking_parent.htm&type=5

| | |
|---|---|
| | "Embed the Salesforce Interactions SDK in your website to enable a website to send data to a certain destination, in this case to Data Cloud or Marketing Cloud Personalization (formerly Interaction Studio)."[7] |
| a **plurality of user computers** comprising a microprocessor, a digital memory device, and a communication circuit, each user computer of the plurality of user computers being networked to digitally communicate with the first computer system, | Computers of **internet users**. |
| a **second computer system** comprising a microprocessor, a digital memory device, and a communication circuit, the second computer system being networked to digitally communicate with the first computer system; | Salesforce **customer relationship management system**. This includes the Salesforce **CRM database and other computer systems operated by Salesforce**[8] as well as Salesforce databases containing customer data supporting **Salesforce Data Cloud**,[9] **Salesforce Sales Cloud**,[10] **Salesforce Service Cloud**,[11] **Salesforce Marketing Cloud**,[12] **Salesforce Commerce Cloud**,[13] and **Slack**.[14]<br><br>Salesforce datacenters in the U.S. are located in Arizona and Virginia, with additional AWS storage in Virginia, Ohio, and Oregon.[15] |
| an **external computer system** comprising a microprocessor, a digital memory device, and a communication circuit, the external computer system being networked to digitally communicate with each user computer of the plurality of user computers, the external computer system being networked to digitally | **Target website** computer system of Salesforce's customer or third-party website host. |

[7] https://developer.salesforce.com/docs/data/data-cloud-int/guide/c360-a-salesforce-web-sdk.html
[8] https://www.salesforce.com/crm/database/
[9] https://www.salesforce.com/data/how-it-works/
[10] https://www.salesforce.com/sales/
[11] https://www.salesforce.com/service/
[12] https://www.salesforce.com/marketing/
[13] https://www.salesforce.com/commerce/
[14] https://www.salesforce.com/slack/
[15] https://help.salesforce.com/s/articleView?id=000396845&type=1

| | |
|---|---|
| communicate with the first computer system and second computer system; | |
| wherein, in operation: the external computer system hosts at least one website, accessed by at least one of the plurality of user computers; | The "at least one website" is the **website of Salesforce's customer**.<br><br>"Automatically generate up to 500 leads per day with the prospecting data from **your company's website** visitors."[16] |
| the first computer system stores and maintains a database of records in the first computer digital memory device, each record in the database of records corresponds to an access of a website hosted by the external computer system made by a respective user computer of the plurality of user computers, each record identified by an identifier; | The stored "records" are data regarding users' **website visits**. The first computer system (e.g., Salesforce databases with ingested or captured website analytics data from web activity tracking systems) stores and maintains records corresponding to users accessing the company's website.[17]<br><br>The "identifier" includes an identifier such as a client ID.[18] The client ID is generated by Google (e.g., Google Client ID), Microsoft, Facebook, Salesforce, or the like, when a user visits a website.[19],[20] These identifiers are unique, anonymous (i.e., not personally identifying), and digital.[21],[22] |

[16] https://help.salesforce.com/s/articleView?id=sales.setting_up_web-to-lead.htm&type=5
[17] https://www.salesforce.com/news/stories/salesforce-marketing-cloud-integrates-with-google-analytics-360-to-transform-marketing-effectiveness/
[18] https://help.salesforce.com/s/articleView?id=data.c360_a_ingest_google_analytics_data_into_datacloud.htm&type=5
[19] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[20] https://gaconnector.com/blog/salesforce-google-analytics-integration-guide/#:~:text=const%20clientId%20%3D%20gtag.-,get(%27GA4_PROPERTY_ID%27%2C%20%27client_id%27)%3B,Set%20File%20with%20Salesforce%20Data
[21] https://help.salesforce.com/s/articleView?id=experience.community_builder_google_id.htm&type=5
[22] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

| | |
|---|---|
| | **Client ID**<br><br>The client ID is a unique identifier generated by Google Analytics when a user arrives at your company's website. It is stored as a first-party cookie on the user's device. We will capture users' client ID on Account Engagement forms and later retrieve this information from a prospect record to use in our Engagement Studio programs.<br><br>The approach to capturing Client ID on Account Engagement Forms (iFrame) and Form Handlers differs slightly. The following script will only work on your iFrame forms. If you are already using Form Handler, you may want to talk to your web team as it would be much easier for them to retrieve the Client ID and send it to Account Engagement.<br><br>Salesforce uses these client IDs to compile and enrich CRM data, including by linking to other Salesforce identifiers (e.g., SFMC ID).[23]<br><br>"Google Analytics integrates with your self-service site to track user types, user IDs, page views on Salesforce objects, and customer search activity."[24] |
| the second computer system stores and maintains a database of records, each record containing user related information, wherein at least one record in the database of records is created containing form submitted information obtained from a submission of a completed form provided from a respective user computer of the plurality of user computers, | The "user related information" is CRM data stored in Salesforce databases, including data users input via website forms or customer support.<br><br>The "event" initiated by a user computer includes **filling out a form** or **requesting customer support** on a website.<br><br>"Salesforce lets you can easily create web-to-lead **forms** that capture **information about visitors to your website**. The information is automatically stored in new lead records in your Salesforce install, and the lead can then be scored, qualified, and routed to sales reps."[25]<br><br>"If you are using any of the site templates, like B2B Commerce, [Salesforce] send[s] events such as card-add, |

[23] https://help.salesforce.com/s/articleView?id=mktg.mc_gai360_faq.htm&type=5
[24] https://help.salesforce.com/s/articleView?id=experience.networks_google_analytics_setup.htm&type=5
[25] https://web.archive.org/web/20250218231616/https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/?bc=WA

cart-remove, catalog-object, **form-submit**, and so on from the standard commerce components.[26]

"Directing visitors to a **form** on your website where they enter information about themselves and their interest in your offerings is an easy and powerful way to turn them into leads. A well-designed **form** can capture key information about visitors, including demographics and specifics about their interest in your products and services. This marketing and sales technique is called web-to-lead."[27]

"Gather **customer support requests** directly from your company's website and automatically generate new cases with Web-to-Case. To set up Web-to-Case, enable the feature, create and customize your web form, and add the form to your website."[28]

Other "events" may include downloading content from the website.[29]

The approach to capturing Client ID on Account Engagement Forms (iFrame) and Form Handlers differs slightly. The following script will only work on your iFrame forms. If you are already using Form Handler, you may want to talk to your web team as it would be much easier for them to retrieve the Client ID and send it to Account Engagement.

### How to capture Client ID on Account Engagement forms

- Go to Account Engagement Settings and click on **Prospect Fields** in the left sidebar.
- Click **+Add Custom Field** and name it Client ID (or any other preferred name). The field should be of type **Text**. Add the exact class name **GA_Client_Id** under the Advanced tab > CSS Classes
- Navigate to **Forms** under the **Content** tab and select the form you wish to include the new Client Id field in.
- Open the form and select the **Field** tab.
- Add the Client Id field as hidden, and navigate to the **Look and Feel** tab.
- Select the **Below Form** tab and add the following script (select the source icon).
- Update the line with **appDomain** with your website name.
- Click **Confirm & Save**

[30]

---

[26] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

[27] https://web.archive.org/web/20250218231616/https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/?bc=WA

[28] https://help.salesforce.com/s/articleView?id=service.setting_up_web-to-case.htm&type=5

[29] https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/

[30] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

| | |
|---|---|
| wherein the completed form is created by a user completing a native form obtained while accessing a respective website of the at least one website; | The "event" (**filling out a form** or **requesting customer support** on a website) is initiated by a user while accessing the website. |
| wherein the at least one record in the second computer system and resulting from submission of the completed form, contains the identifier associated with the website access associated with the form submission, and | The Salesforce databases stores the users' client ID on Account Engagement forms and later retrieves this information from a prospect record."[31] |
| wherein the first computer system is configured to use the identifier to associate at least one record from the second computer system with at least one record, associated with the same identifier, from the first computer system. | The first computer system (e.g., Salesforce database storing ingested web tracking data) is then able to associate its records with those of the second computer system (Salesforce database) using the identifier.<br><br>"Close deals faster with better sales data, all in one place. Capture activities and update your CRM automatically. Harmonize your disparate data in Salesforce for a complete view of your business using Data Cloud. Empower sellers with more accurate insights and relevant AI grounded in your data — all powered by the Salesforce Platform."[32]<br><br>"Centralize all your data for one holistic view."[33]<br><br>Salesforce harmonizes data so that it can be parsed in several ways. For example, Salesforce uses data input tools to ensure data quality.[34] This may involve changing, e.g., date formats.[35] Salesforce's Data Cloud likewise performs data translation and harmonization.[36] This also allows the information to be readily communicated through an API (e.g., for storing in a database, etc.).[37] |

[31] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[32] https://www.salesforce.com/sales/data/
[33] https://www.salesforce.com/sales/data/
[34] https://help.salesforce.com/s/articleView?id=sales.data_quality.htm&type=5
[35] https://help.salesforce.com/s/articleView?id=xcloud.faq_import_general_wrong_date.htm&type=5
[36] https://help.salesforce.com/s/articleView?id=data.c360_a_identity_resolution.htm&type=5
[37] https://help.salesforce.com/s/articleView?id=platform.integrate_what_is_api.htm&type=5

| | |
|---|---|
| | **Validating Data in GA4**<br><br>After activating the Engagement Studio program, please allow 5-6 minutes for initial prospects to go through the program. Once you verify that members have completed the program, open Google Analytics and navigate to **Reports > Realtime** in the left-hand navigation. Find in the bottom row, **Event count by Event name**. A new event will appear within a few seconds. You should be able to see the event name marketing_qualified.<br><br>[38]<br><br>The user activity record is enriched by Salesforce in many ways. For example, users can make data updates,[39] use formula fields to update data,[40] and implement data source ingestion.[41] Further, users can enrich data records using tools in Salesforce's AppExchange.[42]<br><br>"With the importance of data on the rise, data enrichment solutions have become an important consideration to maximize your revenue team's data. There are a variety of data enrichment solutions on AppExchange that can help power your RevTech stack and improve your revenue orchestration processes."[43]<br><br>"Enrich your customer information with web engagement data to better segment key audiences and personalize customer interactions."[44]<br><br>In addition, Salesforce collects and enriches user activity records with psychographic data, manually entered data, or other custom fields.[45] |

[38] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[39] https://help.salesforce.com/s/articleView?id=cc.b2c_data_input_output_overview.htm&type=5
[40] https://help.salesforce.com/s/articleView?id=data.c360_a_add_action.htm&type=5
[41] https://help.salesforce.com/s/articleView?id=data.c360_a_connectors.htm&type=5
[42] https://appexchange.salesforce.com/appxContentListingDetail?listingId=a0N3u00000RMXNwEAP
[43] https://appexchange.salesforce.com/appxContentListingDetail?listingId=a0N3u00000RMXNwEAP
[44] https://help.salesforce.com/s/articleView?id=data.c360_a_ingest_google_analytics_data_into_datacloud.htm&type=5
[45] https://www.salesforce.com/marketing/psychographics/