# EXHIBIT R

## Claim Chart for U.S. Patent No. 9,491,249

| Claim 1 | Salesforce Materials |
|---|---|
| 1. A method for integrating offline activity records, off site activity records, and online data records, the method comprising steps of: | Salesforce performs methods of integrating offline activity records (call, email, mail, etc. types of CRM), off site activity records (user activity on other websites or platforms), and online data records (web analytics, forms, chat, text, etc.) in two ways.<br><br>First, Salesforce hosts websites through Experience Cloud, where Salesforce itself performs web activity tracking.[1] Experience Cloud allows users to create Salesforce-based websites, and Marketing Cloud[2] allows users to place tracking pixels on their websites to track user behavior.[3]<br><br>Second, Salesforce integrates these types of data vis-à-vis third-party websites.<br><br>In either situation, Salesforce directly infringes under 35 U.S.C. § 271(a) because it "uses" the claimed method. Alternatively, the Salesforce customer is a direct infringer under 35 U.S.C. § 271(a) by, for example, using the claimed system, and Salesforce induces and contributes to that infringement under 35 U.S.C. §§ 271(b), (c). *See, e.g.*, *infra*. |
| establishing a group of computers including a **first computer system**, a **second computer system**, a **third computer system**, and a **fourth computer system**, wherein each computer within the group of computers is capable of exchanging data with at least one other | The group of computers is established in two different use cases.<br><br>First, in Experience Cloud implementations, the first computer system is a **Salesforce web activity tracking system**,[4],[5],[6] the second computer system is an **Internet user's computer**,[7] the third computer system is a **Salesforce CRM database and other computer systems operated by Salesforce**,[8] and the fourth computer system is a **Salesforce server for enriching or appending CRM data**. |

[1] https://help.salesforce.com/s/articleView?id=experience.networks_reporting.htm&type=5
[2] https://help.salesforce.com/s/articleView?id=mktg.mktg_consent_tracking_parent.htm&type=5
[3] https://developer.salesforce.com/docs/data/data-cloud-int/guide/c360-a-salesforce-web-sdk.html
[4] https://help.salesforce.com/s/articleView?id=experience.networks_reporting.htm&type=5
[5] https://help.salesforce.com/s/articleView?id=mktg.mktg_consent_tracking_parent.htm&type=5
[6] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud
[7] https://help.salesforce.com/s/articleView?id=000387288&type=1
[8] https://www.salesforce.com/crm/database/

| | |
|---|---|
| computer within the group of computers; | Second, in implementations where the customer's website is hosted by a third-party (not Salesforce Experience Cloud), the mapping is the same except that the first computer system is a **third-party web analytics platform** (e.g., Google, Facebook, Microsoft, etc.).[9],[10],[11] |
| generating a user level identifier to identify one of a user or a visitor, wherein the step of generating the user level identifier is accomplished by the first computer system; | A "user-level identifier" is generated that includes an identifier such as a client ID.[12],[13] The client ID is generated by Google (e.g., Google Client ID), Microsoft, Facebook, Salesforce, or the like, when a user visits a website.[14],[15] These identifiers are unique, anonymous (i.e., not personally identifying), and digital.[16],[17]<br><br>Salesforce uses these client IDs to compile and enrich CRM data, including by linking to other Salesforce identifiers (e.g., SFMC ID).[18] |

9 https://help.salesforce.com/s/articleView?id=mktg.pardot_google_analytics_connector.htm&type=5

10 https://help.salesforce.com/s/articleView?id=mktg.pardot_connectors_facebook_add.htm&type=5

11 https://help.salesforce.com/s/articleView?id=mktg.mcidp_data_streams_api_connect_ganal_create.htm&type=5

12 https://help.salesforce.com/s/articleView?id=data.c360_a_ingest_google_analytics_data_into_datacloud.htm&type=5

13 https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

14 https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

15 https://gaconnector.com/blog/salesforce-google-analytics-integration-guide/#:~:text=const%20clientId%20%3D%20gtag.-,get(%27GA4_PROPERTY_ID%27%2C%20%27client_id%27)%3B,Set%20File%20with%20Salesforce%20Data

16 https://help.salesforce.com/s/articleView?id=experience.community_builder_google_id.htm&type=5

17 https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

18 https://help.salesforce.com/s/articleView?id=mktg.mc_gai360_faq.htm&type=5

<table>
<tr>
<td></td>
<td>The step of “generating” this user level identifier is performed by and/or attributable to Salesforce through a joint enterprise basis of direct infringement.[19],[20],[21]</td>
</tr>
<tr>
<td>presenting a web page on the second computer system, wherein the second system is in communication with the first computer system, the web page comprising a link to initiate at least one of a text message and a chat message;</td>
<td>A web page is presented on the Internet user’s computer system. Salesforce provides a variety of tools to offer text and chat interactivity with web site visitors:[22]




Salesforce allows agent-based text and chat communication:[23],[24]




In addition, Salesforce “capture[s] users’ client ID on Account Engagement forms and later retrieves this information from a prospect record.”[25]</td>
</tr>
</table>

[19] https://www.salesforce.com/news/press-releases/2017/11/06/salesforce-and-google-form-new-strategic-partnership/#:~:text=SAN%20FRANCISCO%E2%80%93DREAMFORCE%202017%E2%80%94November,more%20collaborative%20experiences%20for%20customers.

[20] https://www.salesforce.com/news/press-releases/2023/09/12/salesforce-google-workspace-ai-partnership/

[21] https://www.salesforce.com/news/press-releases/2025/02/24/google-partnership-expansion-gemini-agentforce/

[22] https://help.salesforce.com/s/articleView?id=service.reimagine_miaw.htm&type=5

[23] https://help.salesforce.com/s/articleView?id=xcloud.essentials_chat_messaging.htm&type=5

[24] https://help.salesforce.com/s/articleView?id=service.livemessage_agent_accept_message.htm&type=5

[25] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

| | |
|---|---|
| | Sending data to GA4 using the Measurement Protocol involves two parts: the transport (where and how data is sent) and the payload (the data that is sent). The Salesforce-GA4 integration package enables the data transportation in the backend. The payload needs to be configured by you depending on your use cases. The content of the payload is managed within the External Action in the Engagement Studio program and contains four elements:<br><br>• **Client ID**: This refers to the custom field that you have created to capture prospect's client id. You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Client_Id}}**<br>• **Session ID**: You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Session_Id}}**<br>• **Session Timestamp**: You can use the merge tag to populate this information from prospect's Account Engagement record as **{{Recipient.GA4_Timestamp}}**<br>• **Event name**: This refers to the name of the event you want to send to GA4. This name helps categorize the type of interaction or behavior you are tracking and will show up in your reports. You can name it with anything that aligns with your reporting needs (e.g., marketing_qualified).<br>• **Property name**: Each event can have associated parameters that provide additional information about that event. The property name is the name of one of these parameters. If you're sending an event named **marketing_qualified**, a relevant parameter name might be **lead_tier**.<br>• **Property value**: This is the value associated with the property name for the event. Continuing the previous example, if the property name is **lead_tier**, then the property value might be the actual lead tier of the prospect, like **enterprise** or you can dynamically retrieve it from the prospect record.<br>[26] |
| appending the user level identifier to the at least one of the text message and the chat message initiation link in the second computer system; | Through code and instruction from Salesforce, the Internet user's computer appends the user level identifier to the text or chat message.<br><br>"Unlock all your data, from any source across the business, to gain insight into customers and increase their lifetime value."[27] |

[26] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[27] https://www.salesforce.com/marketing/data/

| | |
|---|---|
| |  <br><br>Salesforce translates (e.g., harmonizes or cleans) data so that it can be parsed in several ways. For example, Salesforce uses data input tools to ensure data quality.[28] This may involve changing, e.g., date formats.[29] Salesforce's Data Cloud likewise performs data translation and harmonization.[30] This also allows the information to be readily communicated through an API (e.g., for storing in a database, etc.).[31]<br><br>**Validating Data in GA4**<br><br>After activating the Engagement Studio program, please allow 5-6 minutes for initial prospects to go through the program. Once you verify that members have completed the program, open Google Analytics and navigate to **Reports > Realtime** in the left-hand navigation. Find in the bottom row, **Event count by Event name**. A new event will appear within a few seconds. You should be able to see the event name marketing_qualified.<br><br>32 |
| receiving data entered into the at least one of the text message and the chat message using the second computer system to complete the at least one of the | The Internet user's computer system, via its browser, receives the entered text or chat data. Salesforce provides a variety of tools to offer text and chat interactivity with web site visitors.[33],[34],[35] |

[28] https://help.salesforce.com/s/articleView?id=sales.data_quality.htm&type=5
[29] https://help.salesforce.com/s/articleView?id=xcloud.faq_import_general_wrong_date.htm&type=5
[30] https://help.salesforce.com/s/articleView?id=data.c360_a_identity_resolution.htm&type=5
[31] https://help.salesforce.com/s/articleView?id=platform.integrate_what_is_api.htm&type=5
[32] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
[33] https://help.salesforce.com/s/articleView?id=service.reimagine_miaw.htm&type=5
[34] https://help.salesforce.com/s/articleView?id=xcloud.essentials_chat_messaging.htm&type=5
[35] https://help.salesforce.com/s/articleView?id=service.livemessage_agent_accept_message.htm&type=5

<table>
<tr><td>text message and the chat message;</td><td></td></tr>
<tr><td>creating a record comprising the entered data and the user level identifier associated with the completed at least one of the text message and the chat message in the third computer system;</td><td>Salesforce's CRM database creates a record for the entered text or chat data, which includes the UUID in Experience Cloud implementations.[36]<br><br>

<br><br>For implementations where the website is hosted by a third-party, the Google Analytics Client ID or the like is stored in the record.[37]</td></tr>
<tr><td>appending information to the record using the fourth computer system, wherein the information is collected from sources other than a website hosting the at least one of the text message and the chat message initiation link; and</td><td>Salesforce servers then append or enrich the data record with various other types of CRM data, including non-website data.<br><br>The record is enriched by Salesforce in many ways. For example, users can make manual data updates,[38] use formula fields to update data,[39] and implement data source ingestion.[40] Further, users can enrich data records using tools in Salesforce's AppExchange.[41]</td></tr>
</table>

[36] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

[37] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

[38] https://help.salesforce.com/s/articleView?id=cc.b2c_data_input_output_overview.htm&type=5

[39] https://help.salesforce.com/s/articleView?id=data.c360_a_add_action.htm&type=5

[40] https://help.salesforce.com/s/articleView?id=data.c360_a_connectors.htm&type=5

[41] https://appexchange.salesforce.com/appxContentListingDetail?listingId=a0N3u00000RMXNwEAP

| | |
|---|---|
| | **Validating Data in GA4**<br><br>After activating the Engagement Studio program, please allow 5-6 minutes for initial prospects to go through the program. Once you verify that members have completed the program, open Google Analytics and navigate to **Reports > Realtime** in the left-hand navigation. Find in the bottom row, **Event count by Event name**. A new event will appear within a few seconds. You should be able to see the event name marketing_qualified.<br><br>42<br><br>"Enrich your customer information with web engagement data to better segment key audiences and personalize customer interactions."[43]<br><br>In addition, Salesforce collects and enriches user activity records with psychographic data, manually entered data, or other custom fields.[44] |
| using the user level identifier to communicate the entered data associated with the completed at least one of the text message and the chat message from the third computer system to the first computer system. | Salesforce's CRM database is then able to communicate stored data (e.g., text, chat, etc.) to the first computer system – i.e., either the Salesforce Experience Cloud hosting the website or a third-party web analytics system.<br><br>In Salesforce Experience Cloud implementations, the UUID is continuously communicated to track users' web activity (e.g., page views, scrolling, clicking, shopping cart, etc.).[45]<br><br>In implementations where the website is hosted by a third-party, Salesforce shares the collected data with third-party web analytics platforms using the Google Analytics Client ID or the like.[46] |

42 https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/
43 https://help.salesforce.com/s/articleView?id=data.c360_a_ingest_google_analytics_data_into_datacloud.htm&type=5
44 https://www.salesforce.com/marketing/psychographics/
45 https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud
46 https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/