# EXHIBIT S

**Claim Chart for U.S. Patent No. 9,342,843**

| Claim 1 | Salesforce Materials |
| --- | --- |
| 1. A method for integrating offline activity records and online data records, the method comprising steps of: | Salesforce performs methods of integrating offline activity records (call, email, mail, etc. types of CRM) and online data records (web analytics, forms, chat, text, etc.) in two ways.<br><br>First, Salesforce hosts websites through Experience Cloud, where Salesforce itself performs web activity tracking.[1] Experience Cloud allows users to create Salesforce-based websites, and Marketing Cloud[2] allows users to place tracking pixels on their websites to track user behavior.[3]<br><br>Second, Salesforce integrates these types of data vis-à-vis third-party websites.<br><br>In either situation, Salesforce directly infringes under 35 U.S.C. § 271(a) because it "uses" the claimed method. |
| establishing a group of computers including a **first computer system**, a **second computer system**, a **third computer system**, and a **fourth computer system**, wherein each computer within the group of computers is capable of exchanging data with at least one other computer within the group of computers; | The group of computers is established in two different use cases.<br><br>First, in Experience Cloud implementations, the first computer system is a **Salesforce web activity tracking system**,[4],[5],[6] the second computer system is an **Internet user's computer**,[7] the third computer system is a **Salesforce CRM database and other computer systems operated by Salesforce**,[8], and the fourth computer system is a **Salesforce server for enriching or appending CRM data** as discussed in above claim charts.<br><br>Second, in implementations where the customer's website is hosted by a third-party (not Salesforce Experience Cloud), the mapping is the same except that the first computer |

[1] https://help.salesforce.com/s/articleView?id=experience.networks_reporting.htm&type=5
[2] https://help.salesforce.com/s/articleView?id=mktg.mktg_consent_tracking_parent.htm&type=5
[3] https://developer.salesforce.com/docs/data/data-cloud-int/guide/c360-a-salesforce-web-sdk.html
[4] https://help.salesforce.com/s/articleView?id=experience.networks_reporting.htm&type=5
[5] https://help.salesforce.com/s/articleView?id=mktg.mktg_consent_tracking_parent.htm&type=5
[6] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud
[7] https://help.salesforce.com/s/articleView?id=000387288&type=1
[8] https://www.salesforce.com/crm/database/

| | |
|---|---|
| | system is a **third-party web analytics platform** (e.g., Google, Facebook, Microsoft, etc.).[9],[10],[11] |
| generating a user level identifier to identify one of a user or a visitor, wherein the step of generating the user level identifier is accomplished by the first computer system; | A “user level identifier” is generated that includes an identifier such as a client ID.[12],[13] The client ID is generated by Google (e.g., Google Client ID), Microsoft, Facebook, Salesforce, or the like, when a user visits a website.[14],[15] These identifiers are unique, anonymous (i.e., not personally identifying), and digital.[16],[17]<br><br>**Client ID**<br><br>The client ID is a unique identifier generated by Google Analytics when a user arrives at your company's website. It is stored as a first-party cookie on the user's device. We will capture users' client ID on Account Engagement forms and later retrieve this information from a prospect record to use in our Engagement Studio programs.<br><br>The approach to capturing Client ID on Account Engagement Forms (iFrame) and Form Handlers differs slightly. The following script will only work on your iFrame forms. If you are already using Form Handler, you may want to talk to your web team as it would be much easier for them to retrieve the Client ID and send it to Account Engagement. |

---

9 https://help.salesforce.com/s/articleView?id=mktg.pardot_google_analytics_connector.htm&type=5

10 https://help.salesforce.com/s/articleView?id=mktg.pardot_connectors_facebook_add.htm&type=5

11 https://help.salesforce.com/s/articleView?id=mktg.mcidp_data_streams_api_connect_ganal_create.htm&type=5

12 https://help.salesforce.com/s/articleView?id=data.c360_a_ingest_google_analytics_data_into_datacloud.htm&type=5

13 https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

14 https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

15 https://gaconnector.com/blog/salesforce-google-analytics-integration-guide/#:~:text=const%20clientId%20%3D%20gtag.-,get(%27GA4_PROPERTY_ID%27%2C%20%27client_id%27)%3B,Set%20File%20with%20Salesforce%20Data

16 https://help.salesforce.com/s/articleView?id=experience.community_builder_google_id.htm&type=5

17 https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

| | |
|---|---|
| | "Google Analytics integrates with your self-service site to track user types, user IDs, page views on Salesforce objects, and customer search activity."[18]<br><br>Salesforce uses these client IDs to compile and enrich CRM data, including by linking to other Salesforce identifiers (e.g., SFMC ID).[19]<br><br>The step of "generating" this user level identifier is performed by and/or attributable to Salesforce through a joint enterprise basis of direct infringement.[20],[21],[22] |
| presenting a digital form on the second computer system, wherein the second system is in communication with the first computer system; | The "digital form" may be a **contact form** or **customer support form** on a customer's website.<br><br>"Salesforce lets you can easily create web-to-lead **forms** that capture **information about visitors to your website**. The information is automatically stored in new lead records in your Salesforce install, and the lead can then be scored, qualified, and routed to sales reps."[23]<br><br>"If you are using any of the site templates, like B2B Commerce, [Salesforce] send[s] events such as card-add, cart-remove, catalog-object, **form-submit**, and so on from the standard commerce components.[24]<br><br>"Directing visitors to a **form** on your website where they enter information about themselves and their interest in your offerings is an easy and powerful way to turn them into leads. A well-designed **form** can capture key information about visitors, including demographics and specifics about |

[18] https://help.salesforce.com/s/articleView?id=experience.networks_google_analytics_setup.htm&type=5
[19] https://help.salesforce.com/s/articleView?id=mktg.mc_gai360_faq.htm&type=5
[20] https://www.salesforce.com/news/press-releases/2017/11/06/salesforce-and-google-form-new-strategic-partnership/#:~:text=SAN%20FRANCISCO%E2%80%93DREAMFORCE%202017%E2%80%94November,more%20collaborative%20experiences%20for%20customers.
[21] https://www.salesforce.com/news/press-releases/2023/09/12/salesforce-google-workspace-ai-partnership/
[22] https://www.salesforce.com/news/press-releases/2025/02/24/google-partnership-expansion-gemini-agentforce/
[23] https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/
[24] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud

| | |
|---|---|
| | their interest in your products and services. This marketing and sales technique is called web-to-lead."[25]<br><br>"Gather **customer support requests** directly from your company's website and automatically generate new cases with Web-to-Case. To set up Web-to-Case, enable the feature, create and customize your web form, and add the form to your website."[26] |
| appending the user level identifier to the digital form in the second computer system; | Salesforce appends the additional collected information to the user activity record to display all collected data for a customer in a single interface.<br><br>"Unlock all your data, from any source across the business, to gain insight into customers and increase their lifetime value."[27]<br><br><br><br>Salesforce translates (e.g., harmonizes or cleans) data so that it can be parsed in several ways. For example, Salesforce uses data input tools to ensure data quality.[28] This may involve changing, e.g., date formats.[29] Salesforce's Data Cloud likewise performs data translation and harmonization.[30] This also allows the information to be readily communicated through an API (e.g., for storing in a database, etc.).[31] |

[25] https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/
[26] https://help.salesforce.com/s/articleView?id=service.setting_up_web-to-case.htm&type=5
[27] https://www.salesforce.com/marketing/data/
[28] https://help.salesforce.com/s/articleView?id=sales.data_quality.htm&type=5
[29] https://help.salesforce.com/s/articleView?id=xcloud.faq_import_general_wrong_date.htm&type=5
[30] https://help.salesforce.com/s/articleView?id=data.c360_a_identity_resolution.htm&type=5
[31] https://help.salesforce.com/s/articleView?id=platform.integrate_what_is_api.htm&type=5

| | |
|---|---|
| | **Validating Data in GA4**<br><br>After activating the Engagement Studio program, please allow 5-6 minutes for initial prospects to go through the program. Once you verify that members have completed the program, open Google Analytics and navigate to **Reports > Realtime** in the left-hand navigation. Find in the bottom row, **Event count by Event name**. A new event will appear within a few seconds. You should be able to see the event name marketing_qualified.<br>[32]<br><br>"Enrich your customer information with web engagement data to better segment key audiences and personalize customer interactions."[33]<br><br>In addition, Salesforce collects and enriches user activity records with psychographic data, manually entered data, or other custom fields.[34] |
| receiving data entered into the digital form using the second computer system to complete the digital form; | Salesforce has an application-level interface to obtain a "user-level identifier" from a third-party, such as the **Google Analytics Client ID**, or the like.[35], [36]<br><br>Salesforce also has an application-level interface to receive user data submitted via a "digital form." The digital form may be a **contact form** or **customer support form** on a customer's website.<br><br>"Salesforce lets you can easily create web-to-lead **forms** that capture **information about visitors to your website**. The information is automatically stored in new lead records in your Salesforce install, and the lead can then be scored, qualified, and routed to sales reps."[37]<br><br>"Directing visitors to a **form** on your website where they enter information about themselves and their interest in your |

[32] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/

[33] https://help.salesforce.com/s/articleView?id=data.c360_a_ingest_google_analytics_data_into_datacloud.htm&type=5

[34] https://www.salesforce.com/marketing/psychographics/

[35] https://help.salesforce.com/s/articleView?id=experience.community_builder_google_id.htm&type=5

[36] https://help.salesforce.com/s/articleView?id=data.c360_a_ingest_google_analytics_data_into_datacloud.htm&type=5

[37] https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/

| | |
|---|---|
| | offerings is an easy and powerful way to turn them into leads. A well-designed **form** can capture key information about visitors, including demographics and specifics about their interest in your products and services. This marketing and sales technique is called web-to-lead."[38]<br><br>"Gather **customer support requests** directly from your company's website and automatically generate new cases with Web-to-Case. To set up Web-to-Case, enable the feature, create and customize your web form, and add the form to your website."[39] |
| creating a record comprising the entered data and the respective user level identifier associated with the completed digital form in the third computer system; | Salesforce creates user activity records to store user-input information from such forms.[40,41] |
| appending information to the record using the fourth computer system, wherein the information is collected from sources other than a website hosting the digital form; and | Salesforce appends many types of additional information regarding leads, beyond the data from a form submission. Examples include address, annual revenue, campaign, city, company, company name, country, created by, description, do not call, email, email opt out, engagement history, fax, fax opt out, first name, first name (local), gender identity, industry, last name, last name (local), last transfer date, lead currency, lead division, lead owner, lead record type, lead source, lead status, middle name, middle name (local), mobile, modified by, name, no. of employees, partner account, phone, pronouns, rating, read, salutation, state/province, suffix, title, total cadences, unread, custom links, website, and ZIP.[42]<br><br>In addition, Salesforce collects and enriches user activity records with psychographic data, manually entered data, or other custom fields.[43]<br><br>This information is collected without use of cookies in many ways, such as website forms, sales communications, service or help communications, account creation and user profiles, |

[38] https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/
[39] https://help.salesforce.com/s/articleView?id=service.setting_up_web-to-case.htm&type=5
[40] https://www.salesforce.com/ca/products/guide/lead-gen/web-to-lead/
[41] https://help.salesforce.com/s/articleView?id=service.setting_up_web-to-case.htm&type=5
[42] https://help.salesforce.com/s/articleView?id=sales.leads_fields.htm&type=5
[43] https://www.salesforce.com/marketing/psychographics/

| | |
|---|---|
| | surveys, manual data entry, and other communications.[44],[45] Further, Salesforce can integrate third-party data regarding users, such as marketing and e-commerce platforms. |
| using the user level identifier to communicate the entered data associated with the completed digital form from the third computer system to the first computer system. | Salesforce communicates the **Analytics Client ID** field to a Salesforce database and/or the customer's computer.[46],[47] This allows such identifiers to continue to be associated with user data and activity.[48],[49]<br><br>In Salesforce Experience Cloud implementations, the UUID is continuously communicated to track users' web activity (e.g., page views, scrolling, clicking, shopping cart, etc.).[50]<br><br>In implementations where the website is hosted by a third-party, Salesforce shares the collected data with third-party web analytics platforms using the Google Analytics Client ID or the like.[51] |

[44] https://www.salesforce.com/marketing/data/what-is-a-customer-data-platform/how-it-works/
[45] https://www.salesforce.com/crm/
[46] https://appexchange.salesforce.com/image_host/34656824-d2b1-426e-9b75-8f1f753014e6.pdf
[47] https://appexchange.salesforce.com/image_host/1dbf35d0-0cde-4bd0-902f-a2c0907062f2.pdf
[48] https://support.google.com/google-ads/answer/9744275?hl=en
[49] https://appexchange.salesforce.com/image_host/1dbf35d0-0cde-4bd0-902f-a2c0907062f2.pdf
[50] https://developer.salesforce.com/blogs/2024/08/capture-engagement-events-from-experience-cloud-using-data-cloud
[51] https://www.linkedin.com/pulse/how-enable-salesforce-ga4-integration-sabuhi-yahyayev-2e/